IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEANTHONY M. TREADWELL, a/k/a
David Jamelson,

    Plaintiff,

v.

GEORGIA STATE PRISON; LT. RONNIE
SHOEMAKER; and CERT TEAM,

    Defendants.

CIVIL ACTION NO.: 6:17-cv-127

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 3), to which Plaintiff failed to file Objections.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for his failure to prosecute and to follow this Court's Order. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 23rd day of January, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff filed a Motion to Amend/Correct after the issuance of the Report and Recommendation. (Doc. 4.) Nothing in Plaintiff's Motion is relevant to the Magistrate Judge's recommended reasons for dismissal, nor does Plaintiff's Motion serve to cure his noted deficiencies. Thus, the Court **DISMISSES as moot** Plaintiff's Motion.